

*Court Of Appeals*

*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★        ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00403-CR

**IN RE** Willie Louis **JACKSON, JR.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                 Sandee Bryan Marion, Justice
                 Phylis J. Speedlin, Justice

Delivered and Filed: June 9, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On May 25, 2010, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Additionally, relator filed an Application for Leave to File Petition for Writ of Mandamus. No leave is required to file a petition for a writ of mandamus in this court. TEX. R. APP. P. 52. Therefore, relator's motion for leave to file is DENIED as moot.

                                           PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2009CR9828, styled *State of Texas v. Willie Louis Jackson, Jr.*, in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.